# Exhibit A



----- Forwarded Message -----
**From:** kimberly King <█████████████>
**To:** king.kimberly30 <█████████████>
**Sent:** Thursday, December 8, 2022 at 01:23:49 PM CST
**Subject:** Fwd: Information about your account with Klarna ending in 9831.

Sent from Kim Kay

Begin forwarded message:

> **From:** Melinda Brewer ██████████████████>
> **Date:** October 5, 2022 at 12:15:13 PM CDT
> **To:** Kimberly King <█████████████>
> **Subject: Information about your account with Klarna ending in 9831.**
> **Reply-To:** support@email.trueaccord.com



We're TrueAccord, a debt collector. We are trying to collect a debt that you owe to Klarna. We will use any information you give us to help collect the debt.

### Our information shows:

Hello, Kimberly King. You have an account with Klarna with an account number ending in 9831. The address on file for you is ████████████████████.

| | |
|---|---|
| As of July 8, 2022 you owed | $71.32 |
| Between July 8, 2022 and today | |

How can you dispute this debt?

| | |
|---|---|
| You were charged this amount of interest | +$0.00 |
| You were charged this amount in fees | +$14.00 |
| You paid or were credited this amount toward the debt | -$0.00 |
| Total amount of the debt now | $85.32 |

Call or write to us by November 14, 2022, to dispute all or part of this debt. If you do not, we will assume that our information is correct.

If you write to us by November 14, 2022, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may reply to this email or use the links

below. You may also include supporting documents. We accept disputes through our website, by phone, by email, or mail (see these contact options below). DISPUTE THIS DEBT

## What else can you do?

Ask for the name and address of the original creditor, if different then the current creditor. If you write by November 14, 2022
, we must stop collection until we send you that information.
SEND ORIGINAL CREDITOR INFO

Go to **https://cfpb.gov/debt-collection** to learn more about your rights under federal law.
VIEW PAYMENT OPTIONS


Email
**support@trueaccord.com**


Phone
(866) 611-2731 (TTY 771)
We are available M-F, 8 AM - 8 PM ET



Mailing Address
16011 College Blvd, 16011 College Blvd
Lenexa, KS 66219

Copyright Â© 2022 TrueAccord

**Unsubscribe**

**Privacy Policy**





----- Forwarded Message -----
**From:** kimberly King <█████████████>
**To:** king.kimberly30 <█████████████>
**Sent:** Thursday, December 8, 2022 at 01:24:01 PM CST
**Subject:** Fwd: Your account with Klarna

Sent from Kim Kay

Begin forwarded message:

**From:** Melinda Brewer <█████████████████>
**Date:** October 9, 2022 at 2:13:06 PM CDT
**To:** Kimberly King █████████████████>
**Subject: Your account with Klarna**
**Reply-To:** support@email.trueaccord.com

Let's get this resolved.

**This is an important message for Kimberly King. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

# Hi Kimberly!

This is TrueAccord Corp., reaching out about your balance with Klarna of $85.32.

At TrueAccord Corp. we strive to make debt collection less daunting and more straightforward. TrueAccord Corp. uses digital communications (like this email) and online self-service payment plans to help our users resolve their debts.

Click the button below to learn more and also sign up for a payment plan!

If you have any questions, just let us know. We're here to help you pay off your balance.

Here are the details:

| TrueAccord Corp. Account Number: | ████████ |
| --- | --- |
| Current creditor: | Klama |
| Balance due: | $85.32 |
| Klarna account ending in: | 9831 |

**Check out your options**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Nothing in this email changes your rights as described in our initial communication.

   

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-39-6892-72305**

Click here for more information about your balance

Not ready to pay? Get help managing your debt.

Unsubscribe    Dispute this debt    Privacy Policy

Log in to your account



----- Forwarded Message -----
**From:** kimberly King <​█████████████​>
**To:** king.kimberly30 <​█████████████████​>
**Sent:** Thursday, December 8, 2022 at 01:24:12 PM CST
**Subject:** Fwd: Attn: Kimberly King, your outstanding issue

Sent from Kim Kay

Begin forwarded message:

**From:** Melinda Brewer <​████████████████​>
**Date:** October 12, 2022 at 8:22:26 PM CDT
**To:** Kimberly King <​██████████████​>
**Subject: Attn: Kimberly King, your outstanding issue**
**Reply-To:** support@email.trueaccord.com

Let's resolve this.

**This is an important message for Kimberly King. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

## This is a matter between you and Klarna but we are here to help.
Hi Kimberly,

TrueAccord is a third party collection agency, and we can help you resolve your outstanding balance with Klarna.

They asked us to present you with options to clear your balance. Click the button to begin.

Here are the details:

| | |
|---|---|
| **TrueAccord Corp. Account Number:** | ████████ |
| **Current creditor:** | Klarna |

| Balance due: | $85.32 |
| Klarna account ending in: | 9831 |

[Resolve Your Balance](#)

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Nothing in this email changes your rights as described in our initial communication.

  

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-39-6892-72305**

[Click here for more information about your balance](#)

Not ready to pay? Get help managing your debt.

[Unsubscribe](#)   [Dispute this debt](#)   [Privacy Policy](#)

[Log in to your account](#)



----- Forwarded Message -----
**From:** kimberly King <████████████████>
**To:** king.kimberly30 <████████████████>
**Sent:** Thursday, December 8, 2022 at 01:21:42 PM CST
**Subject:** Fwd: Action Required: your business with Klarna needs your immediate attention


Sent from Kim Kay


Begin forwarded message:

    **From:** Melinda Brewer <████████████████████>
    **Date:** November 14, 2022 at 9:08:52 AM CST
    **To:** Kimberly King ████████████████
    **Subject: Action Required: your business with Klarna needs your immediate attention**
    **Reply-To:** support@email.trueaccord.com


We've enclosed your Klarna statement.

**This is an important message for Kimberly King. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
[Skip to our message](#).



## Kimberly, let's get this sorted out!

**Klarna** has asked us to help with your outstanding [balance of $85.32](#) . We realize that sometimes unfinished business or unpaid amounts are a result of a disagreement or some other issue. We're eager to find out what it is and reach an amicable solution.


We'd like to help you solve this as early as possible. Please **respond within three (3) days** so, together, we can reach the best possible solution for you.


A copy of your account summary is submitted here.

1

**Your Account Summary**

| Creditor: | Amount: |
|-----------|---------|
| Klarna | $85.32 |

Total balance at the time of placement with TrueAccord: $85.32.

Resolve This

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

 

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-39-6892-72305**

Click here for more information about your balance

Not ready to pay? Get help managing your debt.

Unsubscribe    Dispute this debt    Privacy Policy

Log in to your account



----- Forwarded Message -----
**From:** kimberly King <█████████████>
**To:** king.kimberly30 <█████████████>
**Sent:** Thursday, December 8, 2022 at 01:24:23 PM CST
**Subject:** Fwd: Kimberly, we can help with your Klarna account.

Sent from Kim Kay

Begin forwarded message:

> **From:** Melinda Brewer <███████████████>
> **Date:** October 16, 2022 at 5:46:47 PM CDT
> **To:** Kimberly King <███████████████>
> **Subject: Kimberly, we can help with your Klarna account.**
> **Reply-To:** support@email.trueaccord.com

Take a look at our different options.

**This is an important message for Kimberly King. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

## Kimberly King, your balance of $85.32 is past due. If you can't pay in full, we can still help you solve this.

This account has been placed with TrueAccord Corp. for collection. You have an <u>overdue balance</u> of $85.32 with Klarna. **We would like to help you no matter what your current financial situation is.**

So take a look at your <u>payment options</u> or shoot us an email and talk to us about what's happening.

Here are the details:

| | |
|---|---|
| **TrueAccord Corp. Account Number:** | ████████ |
| **Current creditor:** | Klarna |
| **Balance due:** | $85.32 |

| Klarna account ending in: | 9831 |
| --- | --- |

**View payment options**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Nothing in this email changes your rights as described in our initial communication.

# TrueAccord

 

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-39-6892-72305**

**Click here for more information about your balance**

Not ready to pay? Get help managing your debt.

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account





----- Forwarded Message -----
**From:** kimberly King <⬛⬛⬛⬛⬛⬛⬛⬛>
**To:** king.kimberly30 <⬛⬛⬛⬛⬛⬛⬛>
**Sent:** Thursday, December 8, 2022 at 01:23:23 PM CST
**Subject:** Fwd: I'm writing about your Klarna account

Sent from Kim Kay

Begin forwarded message:

**From:** Melinda Brewer <⬛⬛⬛⬛⬛⬛⬛⬛>
**Date:** October 22, 2022 at 2:10:24 PM CDT
**To:** Kimberly King ⬛⬛⬛⬛⬛⬛⬛
**Subject: I'm writing about your Klarna account**
**Reply-To:** support@email.trueaccord.com

Let's get this resolved.

**This is an important message for Kimberly King. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

# Hi there!

This is an email from the Customer Engagement Team at TrueAccord Corp. We're writing about your outstanding balance with Klarna. The amount of the balance is $85.32.

We know debt collection sounds scary, but we're working hard to make sure your experience is pleasant. It's quick and easy to pay online. Just click the button below and you'll be on your way! (You can even sign up for a payment plan.)

And if you have any questions, just let us know. We're here to help!

Here are the details:

| | |
|---|---|
| **TrueAccord Corp. Account Number:** | ▮▮▮▮▮▮ |
| **Current creditor:** | Klarna |
| **Balance due:** | $85.32 |
| **Klarna account ending in:** | 9831 |

**See My Options**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Nothing in this email changes your rights as described in our initial communication.

   

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-39-6892-72305**

Click here for more information about your balance

Not ready to pay? Get help managing your debt.

Unsubscribe    Dispute this debt    Privacy Policy

Log in to your account



----- Forwarded Message -----
**From:** kimberly King ████████████████
**To:** king.kimberly30 ████████████
**Sent:** Thursday, December 8, 2022 at 01:22:56 PM CST
**Subject:** Fwd: Kimberly, you have options available for this Klarna account


Sent from Kim Kay


Begin forwarded message:

**From:** Melinda Brewer <████████████████
**Date:** October 26, 2022 at 10:40:03 AM CDT
**To:** Kimberly King ██████████████
**Subject: Kimberly, you have options available for this Klarna account**
**Reply-To:** support@email.trueaccord.com

**This is an important message for Kimberly King. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

# Good news! You can divide up your $85.32 balance into smaller payments
Hi Kimberly,

You used Klarna's buy now pay later service to provide flexibility while shopping online. TrueAccord offers payment plans with autopay to make progress on your debt easily through our website.

We make it easy to pick the dates of your payments. Once you're set up on a plan you'll receive reminders and confirmations.

<u>View My Options</u>

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Nothing in this email changes your rights as described in our initial communication.







Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-39-6892-72305**

**Click here for more information about your balance**

Not ready to pay? Get help managing your debt.

Unsubscribe    Dispute this debt    Privacy Policy

Log in to your account



----- Forwarded Message -----
**From:** kimberly King ████████████
**To:** king.kimberly30 ████████████
**Sent:** Thursday, December 8, 2022 at 01:22:42 PM CST
**Subject:** Fwd: Kimberly, here are your options

Sent from Kim Kay

Begin forwarded message:

**From:** Melinda Brewer ████████████
**Date:** November 1, 2022 at 8:26:13 PM CDT
**To:** Kimberly King ████████████
**Subject: Kimberly, here are your options**
**Reply-To:** support@email.trueaccord.com

Take a look.

**This is an important message for Kimberly King. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

## Your payment options are available.

We've put together some custom payment plans that we hope will allow you to resolve this balance of $85.32 with Klarna by paying it off over time.

If you don't find something that works with your financial situation, let us know by replying to this email. We'd like to work together to get this debt off your mind once and for all!

**View Your Options**

**Current creditor:**                                                    Klarna
**Total balance due:**                                                    $85.32

**TrueAccord Corp. account number:**
**Product:** ███████████ with Klarna Shopping at Amazon.com

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Nothing in this email changes your rights as described in our initial communication.

   

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-39-6892-72305**

**Click here for more information about your balance**

Not ready to pay? Get help managing your debt.

Unsubscribe    Dispute this debt    Privacy Policy

Log in to your account



----- Forwarded Message -----

----- Forwarded Message -----
**From:** kimberly King
**To:** king.kimberly30
**Sent:** Thursday, December 8, 2022 at 01:21:42 PM CST
**Subject:** Fwd: Action Required: your business with Klarna needs your immediate attention

Sent from Kim Kay

Begin forwarded message:

> **From:** Melinda Brewer
> **Date:** November 14, 2022 at 9:08:52 AM CST
> **To:** Kimberly King
> **Subject: Action Required: your business with Klarna needs your immediate attention**
> **Reply-To:** support@email.trueaccord.com

We've enclosed your Klarna statement.

**This is an important message for Kimberly King. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.



# Kimberly, let's get this sorted out!

**Klarna** has asked us to help with your outstanding [balance of $85.32](#). We realize that sometimes unfinished business or unpaid amounts are a result of a disagreement or some other issue. We're eager to find out what it is and reach an amicable solution.

We'd like to help you solve this as early as possible. Please **respond within three (3) days** so, together, we can reach the best possible solution for you.

A copy of your account summary is submitted here.

### Your Account Summary

| Creditor: | Amount: |
|---|---|
| Klarna | $85.32 |

Total balance at the time of placement with TrueAccord: $85.32.

**Resolve This**

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

  

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-39-6892-72305**

**[Click here for more information about your balance](#)**

Not ready to pay? Get help managing your debt.

[Unsubscribe](#)   [Dispute this debt](#)   [Privacy Policy](#)

[Log in to your account](#)



----- Forwarded Message -----
**From:** kimberly King ████████████
**To:** king.kimberly30 ████████████████
**Sent:** Thursday, December 8, 2022 at 01:21:00 PM CST
**Subject:** Fwd: Kimberly King, let's work together

Sent from Kim Kay

Begin forwarded message:

**From:** Melinda Brewer ████████████████
**Date:** November 26, 2022 at 10:11:43 AM CST
**To:** Kimberly King ████████████████
**Subject: Kimberly King, let's work together**
**Reply-To:** support@email.trueaccord.com

This is an important message for
Kimberly King. If you are not this
person, please disregard and delete
it.
Email not displaying correctly?
Skip to our message.

## We still want to help you.
Your balance of $85.32 with Klarna is still outstanding. Let's change that!

We have many different options for you to choose from, it all really comes down to which one is a better fit for you.

If we work together, we can resolve your account in no time!



This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

   

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-39-6892-72305**

[Click here for more information about your balance](#)

Not ready to pay? Get help managing your debt.

[Unsubscribe](#)    [Dispute this debt](#)    [Privacy Policy](#)

[Log in to your account](#)



----- Forwarded Message -----
**From:** kimberly King █████████████
**To:** king.kimberly30 ◄█████████████████
**Sent:** Thursday, December 8, 2022 at 01:19:08 PM CST
**Subject:** Fwd: Attn: Kimberly

Sent from Kim Kay

Begin forwarded message:

**From:** Melinda Brewer ████████████████████
**Date:** December 4, 2022 at 3:30:52 PM CST
**To:** Kimberly King ██████████████████
**Subject: Attn: Kimberly**
**Reply-To:** support@email.trueaccord.com

Get in touch.

This is an important message for
Kimberly King. If you are not this
person, please disregard and delete
it.
Email not displaying correctly?
Skip to our message.

## Resolve this debt hassle-free.
Kimberly, debts can be daunting and scary. We are here to help you resolve your outstanding balance of $85.32 with Klarna.

You have options but it is up to you to take action.

Please reply to this email, or click the button to move forward with your balance.

**Get in touch**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

   

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-39-6892-72305**

[Click here for more information about your balance](#)

Not ready to pay? Get help managing your debt.

[Unsubscribe](#)   [Dispute this debt](#)   [Privacy Policy](#)

[Log in to your account](#)