# Exhibit B

----- Forwarded Message -----
**From:** kimberly King <■■■■■■■■■■■■■■■■>
**To:** king.kimberly30 ■■■■■■■■■■■■■■■■
**Sent:** Thursday, December 8, 2022 at 01:23:36 PM CST
**Subject:** Fwd: Information about your account with Klarna ending in 6380.

Sent from Kim Kay

Begin forwarded message:

> **From:** Joseph Jefferson <■■■■■■■■■■■■■■■■>
> **Date:** October 20, 2022 at 12:29:29 PM CDT
> **To:** Kimberly King <■■■■■■■■■■■■■■■■>
> **Subject: Information about your account with Klarna ending in 6380.**
> **Reply-To:** support@email.trueaccord.com



We're TrueAccord, a debt collector. We are trying to collect a debt that you owe to Klarna. We will use any information you give us to help collect the debt.

## Our information shows:

Hello, Kimberly King. You have an account with Klarna with an account number ending in 6380. The address on file for you is ■■■■■■■■■■■■■■■■.

| | |
|---|---|
| As of June 10, 2022 you owed | $87.63 |
| Between June 10, 2022 and today | |

**How can you dispute this debt?**

| | |
|---|---|
| You were charged this amount of interest | +$6.14 |
| You were charged this amount in fees | +$0.00 |
| You paid or were credited this amount toward the debt | -$0.00 |
| Total amount of the debt now | $93.77 |

Call or write to us by November 28, 2022, to dispute all or part of this debt. If you do not, we will assume that our information is correct.

If you write to us by November 28, 2022, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may reply to this email or use the links

below. You may also include supporting documents. We accept disputes through our website, by phone, by email, or mail (see these contact options below).

DISPUTE THIS DEBT

## What else can you do?

Ask for the name and address of the original creditor, if different then the current creditor. If you write by November 28, 2022, we must stop collection until we send you that information.

SEND ORIGINAL CREDITOR INFO

Go to **https://cfpb.gov/debt-collection** to learn more about your rights under federal law.

VIEW PAYMENT OPTIONS



Email
**support@trueaccord.com**



Phone
(866) 611-2731 (TTY 771)
We are available M-F, 8 AM - 8 PM ET


Mailing Address
16011 College Blvd, 16011 College Blvd
Lenexa, KS 66219

Copyright Â© 2022 TrueAccord Corp.

**Unsubscribe**

**Privacy Policy**



4



----- Forwarded Message -----
**From:** kimberly King
**To:** king.kimberly30
**Sent:** Thursday, December 8, 2022 at 01:20:42 PM CST
**Subject:** Fwd: Kimberly, time to go back

Sent from Kim Kay

Begin forwarded message:

**From:** Joseph Jefferson
**Date:** November 28, 2022 at 7:04:39 PM CST
**To:** Kimberly King
**Subject: Kimberly, time to go back**
**Reply-To:** support@email.trueaccord.com

to square one

This is an important message for Kimberly King. If you are not this person, please disregard and delete it.
Email not displaying correctly?
Skip to our message.

## We're here to give you options

Hello Kimberly King,

We have been contacting you about a balance of $93.77 owed to Klarna.

We would like you to be aware of your choices so you can select one that best fits your needs.

**Payment Offers**

1

We understand it can be more manageable to pay a debt in installments. If this option is best for you, you can set up a payment plan.

If you would like to make partial payments to chip away at this debt, call 866 611-2731. You can choose to make a payment of any amount. You can use your TrueAccord Corp. account number which is right below.

| **Account Number:** 47-66-3268-37202 | The most up-to-date information about your balance is your TrueAccord Corp. account. Just click on your account number! |

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

  

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

Your TrueAccord account number is: 47-66-3268-37202

Click here for more information about your balance

Not ready to pay? Get help managing your debt.

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account



----- Forwarded Message -----
**From:** kimberly King
**To:** king.kimberly30
**Sent:** Thursday, December 8, 2022 at 01:19:26 PM CST
**Subject:** Fwd: Outstanding balance for Klarna

Sent from Kim Kay

Begin forwarded message:

**From:** Joseph Jefferson
**Date:** December 2, 2022 at 2:05:23 PM CST
**To:** Kimberly King
**Subject: Re: Outstanding balance for Klarna**
**Reply-To:** support@notify.trueaccord.com

Take this opportunity.

This is an important message for Kimberly King. If you are not this person, please disregard and delete it.
Email not displaying correctly?
Skip to our message.

### Kimberly, consider different options to clear your Klarna balance of $93.77.

We understand times are tough. You can create a customized payment plan that works for you or call us at (866) 611-2731 (TTY 771) for additional support.

Please reply to this email, or click the button to move forward with your balance.

**View your options**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

1

   

Copyright © 2022 TrueAccord Corp.

16011 College Blvd, Suite 130, Lenexa, KS 66219

(866) 611-2731 (TTY 771)

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is: 47-66-3268-37202**

Click here for more information about your balance

Not ready to pay? Get help managing your debt.

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account