UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Kimberly King** § | | |
| *Plaintiff,* § | | |
| § | | |
| **v.** § | Case No: 3:23-cv-231 | |
| § | | |
| **TrueAccord Corp.** § | | |
| § | | |
| *Defendant.* § | | |

### DEFENDANT TRUEACCORD CORP'S ANSWER TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Defendant TrueAccord Corp. ("Defendant") and files this Answer to Plaintiff's Complaint as follows:

### INTRODUCTION/PRELIMINARY STATEMENT

1. Defendant denies Paragraph 1 as an incomplete and/or inaccurate statement of law.

2. Defendant denies Paragraph 2 as an incomplete and/or inaccurate statement of law.

### JURISDICTION AND VENUE

3. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 3; therefore, Defendants deny the same.

4. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 4; therefore, Defendants deny the same.

### NATURE OF THE ACTION

5. Defendant admits that Plaintiff brings this suit pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA"). Defendant denies it violated any provisions of the FDCPA.

6. Defendant admits Plaintiff is seeking damages and declaratory relief. Defendant denies Plaintiff is entitled to any damages or relief.

## PARTIES

7. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 7; therefore, Defendants deny the same.

8. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 8; therefore, Defendants deny the same.

9. Defendant admits it has a registered agent for service, Incorp Services, Inc., at 815 Brazos Street, Suite 500, Austin, Texas 78701. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 9; therefore, Defendants deny the same.

10. Defendant admits it sometimes uses email and telephone and sometimes engages in the business of collection outstanding financial obligations owed to others. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 10; therefore, Defendants deny the same.

## FACTUAL ALLEGATIONS

11. Defendant reincorporates the preceding paragraphs as if fully set out herein.

12. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 12; therefore, Defendants deny the same.

13. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 13; therefore, Defendants deny the same.

14. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 14; therefore, Defendants deny the same.

15. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 15; therefore, Defendants deny the same.

16.     Defendant admit is sometimes uses instrumentalities of interstate commerce in its business. Defendants admit it sometimes collects or attempt to collects on outstanding financial obligations owed to others.

17.     Defendant admits it sought to recover an outstanding financial obligation. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 17; therefore, Defendants deny the same.

18.     Defendant admits it attempted to contact Plaintiff by email. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 18; therefore, Defendants deny the same.

19.     Defendant admits it attempted to contact Plaintiff by email. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 19; therefore, Defendants deny the same.

20.     Defendant lacks knowledge or information sufficient to admit or deny Paragraph 20; therefore, Defendants deny the same.

21.     Defendant lacks knowledge or information sufficient to admit or deny Paragraph 21; therefore, Defendants deny the same.

22.     Defendant lacks knowledge or information sufficient to admit or deny Paragraph 22; therefore, Defendants deny the same.

23.     Defendant lacks knowledge or information sufficient to admit or deny Paragraph 23; therefore, Defendants deny the same.

24.     Defendant lacks knowledge or information sufficient to admit or deny Paragraph 24; therefore, Defendants deny the same.

25. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 25; therefore, Defendants deny the same.

26. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 26; therefore, Defendants deny the same.

27. Defendant denies Paragraph 27 as an incomplete and/or inaccurate statement of law.

28. Defendant denies Paragraph 28.

29. Defendant denies Paragraph 29 as an incomplete and/or inaccurate statement of law.

30. Defendant denies Paragraph 30.

31. Defendant denies Paragraph 31 as an incomplete and/or inaccurate statement of law.

32. Defendant denies Paragraph 32.

33. Defendant denies Paragraph 33.

34. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 34; therefore, Defendants deny the same.

35. Defendant denies Paragraph 35.

36. Defendant denies Paragraph 36.

37. Defendant denies Paragraph 37.

38. Defendant denies Paragraph 38.

39. Defendant denies Paragraph 39.

40. Defendant denies Paragraph 40.

41. Defendant denies Paragraph 41.

42. Defendant denies Paragraph 42.

43. Defendant denies Paragraph 43.

44. Defendant denies Paragraph 44.

45. Defendant denies Paragraph 45.

46. Defendant denies Paragraph 46.

47. Defendant denies Paragraph 47.

48. Defendant denies Paragraph 48.

49. Defendant denies Paragraph 49.

50. Defendant denies Paragraph 50.

51. Defendant denies Paragraph 51.

52. Defendant denies Paragraph 52.

53. Defendant denies Paragraph 53.

## COUNT I

54. Defendant reincorporates the preceding paragraphs as if fully set out herein.

55. Defendant denies Paragraph 55.

56. Defendant denies Paragraph 56 as an incomplete and/or inaccurate statement of law.

57. Defendant denies Paragraph 57 and its subparts.

58. Defendant denies Paragraph 58.

## COUNT II

59. Defendant reincorporates the preceding paragraphs as if fully set out herein.

60. Defendant denies Paragraph 60.

61. Defendant denies Paragraph 61 as an incomplete and/or inaccurate statement of law.

62. Defendant denies Paragraph 62 and its subparts.

63. Defendant denies Paragraph 63.

## COUNT III

64. Defendant reincorporates the preceding paragraphs as if fully set out herein.

65. Defendant denies Paragraph 65.

66. Defendant denies Paragraph 66 as an incomplete and/or inaccurate statement of law.

67. Defendant denies Paragraph 67 and its subparts.

68. Defendant denies Paragraph 68.

## DEMAND FOR TRIAL BY JURY

69. Defendant admits Plaintiff seek a trial by jury in this matter.

## PRAYER FOR RELIEF

70. Defendant denies Plaintiff's Prayer for Relief and its subparts, and denies Plaintiff is entitled to any relief or damages.

## AFFIRMATIVE DEFENSES

71. Any violation of the FDCPA, if one occurred, was a result of a bone fide error notwithstanding the maintenance of reasonable policies and procedures designed to prevent such error.

72. Plaintiff have failed to mitigate damages, if any.

73. Plaintiff's damages, if any, are the result of preexisting conditions not caused nor exacerbated by Defendant.

74. Plaintiff proximately caused their own damages, if any.

75. To the extent Plaintiff suffered or will suffer any damages, such damages were caused, in whole or in part, by the acts or omissions of other persons which Defendant had no control, including, but not limited to, consumer reporting agencies or other debt collection agencies. To the extent Defendant is found at all liable, which it denies, its liability must be offset against the comparative fault of such other persons.

WHEREFORE, PREMISES CONSIDERED, Defendant TrueAccord Corp., respectfully requests that this Court dismiss all claims against Defendant with prejudice.

Respectfully submitted,

**MARTIN LYONS WATTS MORGAN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mamlaw.com
**MARTIN LYONS WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 16th day of March 2023.

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV