## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

---------------------------------------------------------------------------x

Kimberly King

                               Plaintiff,

     -v.-

TrueAccord Corp.

                              Defendant.

---------------------------------------------------------------------------x

Civil Action No: 3:23-cv-231

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 24, 2023

| **For Plaintiff Kimberly King** | **For Defendant TrueAccord Corp.** |
|---|---|
| */s/ Nayeem N. Mohammed* | */s/ Eugene Xerxes Martin, IV* |
| Nayeem N. Mohammed | Eugene Xerxes Martin, IV |
| Law Office of Nayeem N. Mohammed | Martin Golden Lyons Watts Morgan PLLC |
| 539 W. Commerce St. #1899 | 8750 North Central Expressway Northpark |
| Dallas, TX 75208 | central Suite 1850 |
| Ph: (972) 767-9099 | Dallas, TX 75231 |
| nayeem@nnmpc.com | Ph: (214) 346-2630 |
| | xmartin@mgl.law |

## CERTIFICATE OF SERVICE

I certify that on October 24, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>	*/s/ Nayeem N. Mohammed*
>	Nayeem N. Mohammed
>	*Attorney for Plaintiff*